Statement of Claim………………

To: The United States District Court of Massachusetts.

From: Ms. Luanita Lane 369 Centre Street Dorchester Ma. 02122…617.792.5810
Laneluanita5@icloud.com

FILED IN CLERKS OFFICE
2022 JUN 15 AM 11:11
U.S. DISTRICT COURT DISTRICT OF MASS.

June 13, 2022

I Ms. Luanita Lane lives at 369 Centre Street Dorchester Ma 02122 is filing a complaint on a Doctor named Randi H. Goldman and his operation team from Brigham and Women's Hospital 75 Francis Street Boston Ma 02115. MD-Raymond Manohar Anchan, MD,PHD- Barbara McCarthy RN, Joan Marie Duffy, Rn- Joanne Hart, RN- On December 22, 2015 I had a operation at Brigham's and Women's Hospital I was being checked to see if I can have a baby

and checked to see if I had cancer because I was having some problems. Someone from that operation team placed a device inside my body illegally that is not suppose to be left or inside my body, this illegal device is said to be a device that allows people to see out my eye's and open my inner body allowing people to take ovaries, blood, veins, glands, and other things out side my body while allowing people to put other stuff inside my inner body and they was written on my inner back while communicating on these medical devices that have my body hook up to medical, science devices, or programs in the Hospitals or medical facilities illegally and said to have me in a placed called Chester's illegal services and also on the marriage line. They are also saying that they are doing switch crimes on kids from Boston Public Schools and other people. I am not suppose to have any devices in my body from this operation. These people are being called the Clown's and the Doctor is said to be called the

Clown Doctor racist and prejudice group of sex offenders, from foreign countries that look like clown people that are said to be connected to my old landlord John McCarthy that is also said to be setting up all his tenants that rent his apartment doing these Hate Crimes on everyone that rents his apartment and there family.

I am asking this court to help me by taken my case because the Superior Civil Court Suffolk County Courthouse, has allowed Brigham and Women's Hospital and this team of doctor's to dismiss my case without given me a court date and without checking my body to take out this illegal device. I also went to filed a clerk hearing at the Dorchester and Roxbury District Court. BMC Court House also told me that I could file a hearing there but than the man changed his mind and told me to go back to Dorchester and Roxbury District Court House and they should allow me to file the case, all 3 of these courts

houses would not take my application when I submitted it to be processed. I filed a for a Appeal at the Superior Civil Court House and While I was reporting these hate crimes to judges and police in retaliation someone filed a 51 A on me and removed my son out of my full custody. When I went to court the social worker from the Department of Children and families lied and the judge allowed her to lie and kept my son in temporary full custody. I am still reporting these hate crimes to local law enforcements of the city of Boston and no one has yet to help me and my family. These people are saying they are trying to kill me.

FILED
IN CLERKS OFFICE

2022 JUN 15 AM 11: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

Relief……..

I Ms. Luanita Lane is given this statement of the relief to file a complaint against Dr. Randi H. Goldman and his operation team at Brigham and Woman Hospital in Boston, I want the doctor to take the illegal devices out of my body, and stop the other people from doing the crimes that they are saying they are doing like pulling my blood, taken my ovaries, glands from my breast and all over my body, stop written on my inner back, stop putting stuff inside my body, take me down from any medical devices that allow people to talk and communicate, stop looking through my eye's and stop allowing sex offenders to look through my eye's I have family and they have small children, stop putting stuff on my breast taken muscles out or removing breast tissue from my breast trying to give me cancer. These are Hate crimes they call their self the Clowns, again people that look like clowns they need to stay away from my

family, and stop harassing my son in school and other private community places. These hate crimes came from my old landlord's John McCarthy family surrounding a threat from Julie McCarthy, 'YOU DON'T KNOW WHO MY FAMILY IS' my son's old computer teacher Jennifer McCarthy with harassment from neighbors that lived at 389 Centre street apartment building owned by Stephanie and Barbara McCarthy from Brigham's and Woman Hospital they nick name called Co-Co. Please help me take these illegal devices out of my body. I want the Doctor charges and arrested for these crimes along with the operation team from Brigham and Woman, I also want sue, charge and get them fired from there jobs for the crimes they are doing on me and my family!

FILED
IN CLERKS OFFICE
2022 JUN 15 AM 11: 56
U.S. DISTRICT COURT

Relief……..

I Ms. Luanita Lane is given this statement of the relief to file a complaint against Dr. Randi H. Goldman and his operation team at Brigham and Woman Hospital in Boston, I want the doctor to take the illegal devices out of my body, and stop the other people from doing the crimes that they are saying they are doing like pulling my blood, taken my ovaries, glands from my breast and all over my body, stop written on my inner back, stop putting stuff inside my body, take me down from any medical devices that allow people to talk and communicate, stop looking through my eye's and stop allowing sex offenders to look through my eye's I have family and they have small children, stop putting stuff on my breast taken muscles out or removing breast tissue from my breast trying to give me cancer. These are Hate crimes they call their self the Clowns, again people that look like clowns they need to stay away from my





family, and stop harassing my son in school and other private community places. These hate crimes came from my old landlord's John McCarthy family surrounding a threat from Julie McCarthy, 'YOU DON'T KNOW WHO MY FAMILY IS' my son's old computer teacher Jennifer McCarthy with harassment from neighbors that lived at 389 Centre street apartment building owned by Stephanie and Barbara McCarthy from Brigham's and Woman Hospital they nick name called Co-Co. Please help me take these illegal devices out of my body. I want the Doctor charges and arrested for these crimes along with the operation team from Brigham and Woman, I also want sue, charge and get them fired from there jobs for the crimes they are doing on me and my family!